**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| U.S. Equal Employment Opportunity Commission, <br>    Plaintiff, | Civil Action <br> No. 19-914 |
| v. | Judge Doughty |
| AH 2007 Management, LP, <br>  d/b/a Courtyard Monroe Airport, and <br> Aimbridge Hospitality, LLC, <br>  d/b/a Courtyard Monroe Airport, <br>    Defendants. | Magistrate Judge Hayes |

## ORDER

Considering the foregoing Motion to Enroll as Additional Counsel of Record;

IT IS ORDER that the Motion is GRANTED;

IT IS ORDERED that William H. Payne, IV (La. Bar No. 36617) of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., is to be enrolled as additional counsel of record for Defendants, AH 2007 Management, LP d/b/a Courtyard Monroe Airport and Aimbridge Hospitality, LLC d/b/a Courtyard Monroe Airport.

Monroe, Louisiana, this 22nd day of January, 2021.

_____
JUDGE

45625412.1