## Exhibit A

### Claimant Table

Benson, Q'Juanisha
Chambola, Jessica
Davis, Kimberly
Evans (previously Flowers), Leslie
Gray, Fannie
Griffin, Alexis
Hall, Adrienne
Holland, Martrice
Holloway, Suzi
Hughs (previously Martindale), Taylor
Jackson, Moneisha
Kelly, Tara
Key, Alicia
Lively, Katheryne
Marsala, Mary "Rachel"
McNeely, Kalynn
Rogers, Patricia
Rogers, Ricki
Smith (previously Johnson), Janie
Tillman, Jeniece
Towns, Nicole
Vicknair, Kenneth
White, Shameir
Wommack, Victoria
Young, Nijia

**EXHIBIT B**

RELEASE

In consideration for $_____ . _____ paid to me by AH 2007 Management, LP, and Aimbridge Hospitality, LLC, in connection with the resolution of *U.S. Equal Employment Opportunity Commission v. AH 2007 Management, LP, et al.*, No. 00914 (W.D. La.), I, _____ , waive my right to recover for any claims arising under the Equal Pay Act of 1963 ("EPA") or Title VII of the Civil Rights Act of 1964 ("Title VII") that I had against AH 2007 Management, LP, or Aimbridge Hospitality, LLC, prior to the date of this release and that were included in the claims alleged in U.S. Equal Employment Opportunity Commission's complaint in the above-referenced action.

This _____ day of _____ , _____ .
    DATE     MONTH    YEAR

_____
SIGNATURE

**ADDRESS:**

_____

_____

_____

## EXHIBIT C

### NOTICE TO EMPLOYEES

In 2019, the U.S. Equal Employment Opportunity Commission lawsuit AH 2007 Management, LP, and Aimbridge Hospitality, LLC, in the U.S. District Court for the Western District of Louisiana in alleging that they had violated the Equal Pay Act of 1963 and the Civil Rights Act of 1964 by paying a female front desk supervisor and female guest service representatives less than a male guest service representative. In 2020, the Court entered a consent decree resolving that lawsuit.

The Equal Pay Act of 1963 and the Civil Rights Act of 1964 are federal laws that prohibit an employer from discriminating against an applicant or employee on the basis of sex and gender or retaliating against an applicant or employee who reports that their employer discriminated on the basis of sex or gender, who reports that their employer allowed others to discriminate on such bases, who files a charge of discrimination with the EEOC, or who participates in the investigation or prosecution of such a charge.

**Specifically, these laws prohibit an employer from paying an applicant or employee less because of that applicant or employee's sex or gender (for instance, by paying a man more than a woman).**

AH 2007 Management, LP, and Aimbridge Hospitality, LLC will not tolerate discrimination on the basis of sex or gender and likewise will not tolerate retaliation against any employee for reporting such discrimination. Such discrimination can violate federal law. Any employee who violates the law will be subject to substantial discipline, up to and including termination.

If you believe you or another applicant or employee have been discriminated or retaliated against, please contact the EEOC:

|  |  |
|---|---|
| *Address*: | Attn: Legal Unit |
|  | U.S. Equal Employment Opportunity Commission |
|  | 500 Poydras Street, Suite 809 |
|  | New Orleans, LA 70130 |
| *Telephone*: | 504-595-2879 |
| *E-mail*: | andrew.kingsley@eeoc.gov or gregory.juge@eeoc.gov |
| *Website*: | www.eeoc.gov |

This Notice to Employees must remain posted continuously by AH 2007 Management, LP, and Aimbridge Hospitality, LLC, for three years from the date stamped above. This Notice to Employees must not be altered, defaced, removed, or covered.